*United Parcel Service, Inc., ante,* p. 516, and *Albertson's, Inc.* v. *Kirkingburg, ante,* p. 555.

No. 98–1365. HCA HEALTH SERVICES OF TEXAS, INC., DBA SPRING BRANCH MEDICAL CENTER *v.* WASHINGTON. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sutton* v. *United Air Lines, Inc., ante,* p. 471, and *Murphy* v. *United Parcel Service, Inc., ante,* p. 516.

No. 98–1494. JACKSON *v.* DYE ET AL. C. A. 6th Cir. Motions of respondents Jeffrey Dye and Gregory Turner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Martin* v. *Hadix, ante,* p. 343.

No. 98–1554. BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY ET AL. *v.* COCKRELL. Ct. App. N. M. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Alden* v. *Maine, ante,* p. 706.

No. D–2061. IN RE DISBARMENT OF MAGUIRE. Disbarment entered. [For earlier order herein, see 526 U. S. 1084.]

No. D–2062. IN RE DISBARMENT OF LANGFUS. Disbarment entered. [For earlier order herein, see 526 U. S. 1084.]

No. D–2063. IN RE DISBARMENT OF MASSEY. Disbarment entered. [For earlier order herein, see 526 U. S. 1084.]

No. D–2066. IN RE DISBARMENT OF NORVELL. Disbarment entered. [For earlier order herein, see 526 U. S. 1085.]

No. D–2068. IN RE DISBARMENT OF REYES-VIDAL. Disbarment entered. [For earlier order herein, see 526 U. S. 1085.]

No. D–2089. IN RE DISBARMENT OF RAPHAEL. Scott Douglas Raphael, of Newport Beach, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.